```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

PETER JAMES DUNKERLEY,           :
                                 :
    Petitioner.                  :
                                 :
vs.                              :     CIVIL ACTION 11-171-CB-M
                                 :
LUTHER STRANGE,                  :
                                 :
    Respondent.                  :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DISMISSED, without prejudice. It is further ORDERED that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 31st day of October, 2011.

                                                          s/*Charles R. Butler, Jr.*  _____
                                                          CHARLES R. BUTLER, JR.
                                                          SENIOR UNITED STATES DISTRICT JUDGE