IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PETER JAMES DUNKERLEY, | : | |
| Petitioner. | : | |
| vs. | : | CIVIL ACTION 11-171-CB-M |
| LUTHER STRANGE, | : | |
| Respondent. | : | |

ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DISMISSED, without prejudice. It is further ORDERED that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 31st day of October, 2011.

s/*Charles R. Butler, Jr.*  
CHARLES R. BUTLER, JR.  
SENIOR UNITED STATES DISTRICT JUDGE